UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PALMER/KANE LLC,

                Plaintiff,                           Index No. 14-CV-7994 (LTS)

    -against-                             **RULE 7.1 STATEMENT**

JOHN WILEY & SONS, INC.,

                Defendant.

------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that defendant John Wiley & Sons, Inc. is a publicly traded corporation. There is no parent corporation and/or any publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       November 19, 2014

                                          FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                          By:   /s/Edward H. Rosenthal
                                                Edward H. Rosenthal
                                                Anna Kadyshevich
                                                488 Madison Avenue, 10th Floor
                                                New York, New York 10022
                                                Phone: (212) 980-0120
                                                Fax: (212) 593-9175
                                                erosenthal@fkks.com
                                                akadyshevich@fkks.com

                                                *Attorneys for Defendant John Wiley & Sons, Inc.*