UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMER/KANE LLC, a Vermont Limited Liability Company | Case No. 1:14-cv-07994-LTS |
| Plaintiff, | Hon. Laura T. Swain |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JOHN WILEY & SONS, INC., a New York corporation | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: November 30, 2015                Respectfully submitted,

PEARL COHEN ZEDEK LATZER BARATZ LLP            FRANKFURT KURNIT KLEIN & SELZ PC

By: _/s/ Veronica Mullally Muñoz_              By: _/s/ Edward H. Rosenthal_
Veronica Mullally Muñoz (MM-9985)              Edward H. Rosenthal
Clyde A. Shuman (CS-6351)                      Anna Kadyshevich
1500 Broadway, 12th Floor                      488 Madison Avenue
New York, NY 10036                             New York, New York 10022
Tel: (646) 878-0800                            Tel: (212) 826-5524
Fax: (646) 878-0801                            Fax: (347) 438-2114
VMunoz@pearlcohen.com                          erosenthal@fkks.com
CShuman@pearlcohen.com                         akadyshevich@fkks.com

Attorneys for Plaintiff                        Attorneys for Defendant
Palmer/Kane LLC                                John Wiley & Sons, Inc.